# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

**MATTHEW A. PIERCE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**MICHAEL J. ASTRUE,**        **CASE NO.  C2-09-031**
**COMMISSIONER OF SOCIAL**        **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**        **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

**___**    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

       **Pursuant to the Opinion and Order filed March 31, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings.  This case is DISMISSED.**

Date: March 31, 2010        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk